IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NO PLACE LIKE, INC., | ) | Case No. 05 B 16689 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | **Hearing Date:** January 25, 2007 |
| | ) | **Hearing Time:** 9:30 a.m. |
| | ) | **Room:** 619 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on **January 25, 2007 at 9:30 a.m.**, we shall appear before the Honorable Jacqueline P. Cox, in the courtroom usually occupied by her, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **First and Final Application of Alan D. Lasko & Associates, P.C. for Allowance of Compensation of $1,800.00 and Reimbursement of Expenses of $135.65 of Alan D. Lasko & Associates, P.C. for the time period of June 9, 2005 through May 26, 2006**, a copy of which is attached.

Dated: January 5, 2007               Respectfully submitted,

                                     ALAN D. LASKO & ASSOCIATES, P.C.

                                     By:   /s/   Zane L. Zielinski
                                           Attorney for Trustee, Frances Gecker

Zane L. Zielinski (IL ARDC #6278776)
**Frank/Gecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60610
Tel.: (312) 276-1400
Fax: (312) 276-0035

{ NOPLACE / 001 / 00009087.DOC /}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NO PLACE LIKE, INC., | ) | Case No. 05 B 16689 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

## FIRST AND FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C.**, Certified Public Accountants, request final compensation of $1,800.00 and expenses of $135.65 for the time period from June 9, 2005 through May 26, 2006. The Applicant's fees are equal to $10,073.70, but the Applicant has agreed to a reduce his compensation of $1,800.00 to allow for a meaningful distribution to creditors. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached as Exhibit A is the affidavit pursuant to Bankruptcy Rule 2016.

### GENERAL

The Debtor filed a petition under Chapter 7 of the Federal Bankruptcy Code on or about April 21, 2005 and a Trustee was appointed. On June 9, 2005, Alan D. Lasko & Associates, P.C. was approved by the Court issued as the accountants for the Trustee. Reflected in this fee petition is the Applicant's time for the preparation of the Estate's years 2004 and 2005 income tax returns, as well as certain payroll tax work.

{ NOPLACE / 001 / 00009072.DOC /}

NO PLACE LIKE, INC.

A recap of compensation requested is as follows:

|  | Amount |
| --- | --- |
| Billing | $    190.00 |
| Year-End Work | 7,715.00 |
| Payroll Work | 2,168.70 |
|  | $ 10,073.70 |

The following represents a description of the primary individuals in this engagement.

Alan D. Lasko – CPA, CIRA

Mr. Lasko has worked primarily in the bankruptcy field over the last 21 years. He brings his 31 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA). Mr. Lasko is also a member of the American Bankruptcy Institute, the National Association of Bankruptcy Trustees, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

2

NO PLACE LIKE, INC.

James Delahunt, JD, CPA, MST – Tax Manager

Mr. Delahunt has worked primarily in the field of taxation for over 26 years. He has worked in most areas of taxation, including but not limited to, business returns, individual returns, as well as estates and trusts. Mr. Delahunt has worked in the field of insolvency during this time period as well. Mr. Delahunt is an attorney and a certified public accountant and has his Masters in Taxation. He is a member of the American Bar Association, American Institute of Certified Public Accountants and Illinois CPA Society.

Susan J. Kilgore, CPA – Manager

Ms. Kilgore has 29 years of experience working as a manager and staff person in public accounting. She has worked for a large and small accounting firm over this period. She has substantial experience working primarily with commercial accounts of all sizes performing audits and year-end accounting and tax preparation. She also has worked with a variety of different types of for-profit and not-for-profit companies. She has an undergraduate degree in accounting and achieved the National Honor Society for Business Administration while in school. She is a certified public accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

Lowell Yap – Staff

Mr. Yap is a second-year staff person performing accounting and tax services. Mr. Yap has an undergraduate degree in accounting from DePaul University.

3

NO PLACE LIKE, INC.

David J. Borman – Staff

Mr. Borman is a first-year staff person performing accounting and tax services. Mr. Borman has an Undergraduate Degree in Finance and is near completion of his Masters in Accounting from De Paul University.

STAFF – SUPERVISORS, SENIORS AND ASSISTANTS

SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

# NO PLACE LIKE, INC.

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 2.4 hours in the preparation of this fee Application.

  Cost      $190.00

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.4 | $ 225.00 | $ 90.00 |
| C. Wilson, Staff | 2.0 | 50.00 | 100.00 |
|  | 2.4 |  | $ 190.00 |

## YEAR-END WORK

The Applicant incurred 62.8 hours in the preparation of the Estate's 2004 and 2005 workpapers and year-end tax returns.

The work also included the following:

- Searched through boxes turned over by Debtor.
- Reviewed prior year financial information turned over by the Debtor.
- Reviewed schedules prepared by the Debtor corporation.
- Reviewed bankruptcy schedules and related financial information.
- Summarized Trustee's cash receipts and disbursements.
- Reviewed Debtor's QuickBooks general ledger for 2005.
- Reconciled 2004 books to ending balances of 2003.

  Cost      $7,715.00

5

NO PLACE LIKE, INC.

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 10.6 | $ 225.00 | $ 2,385.00 |
| J. Delahunt, Tax Manager | 1.9 | 180.00 | 342.00 |
| S. Kilgore, Manager | 9.4 | 167.00 | 1,569.80 |
| D. Borman, Staff | 28.5 | 86.00 | 2,451.00 |
| L. Yap, Staff | 12.4 | 78.00 | 967.20 |
|  | 62.8 |  | $ 7,715.00 |

## PAYROLL TAX WORK

The Applicant incurred 24.6 hours in assisting the Trustee's counsel in gathering information and responding to taxing authorities concerning the payroll tax filings of the Company.

Cost    $2,168.70

The work included but was not limited to the following:

- Preparation of the four quarters of payroll tax returns for 2005.
- Preparation of the annual payroll tax returns of the debtor.
- Recap letter for Trustee regarding the above.

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 1.7 | $ 225.00 | $ 382.50 |
| L. Yap, Staff | 22.9 | 78.00 | 1,786.20 |
|  | 24.6 |  | $ 2,168.70 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

6

|                  |       |   |       |
|------------------|-------|---|-------|
| Owner            | $185  | - | $225  |
| Manager/Director | 150   | - | 185   |
| Supervisors      | 130   | - | 150   |
| Senior           | 110   | - | 130   |
| Assistant        | 40    | - | 110   |

EXPENSES

| Year-End Work    | $ | 114.86 |
|------------------|---|--------|
| Payroll Tax Work |   | 20.79  |
|                  | $ | 135.65 |

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested first interim compensation of $1,800.00 ' expenses of $135.65 should be allowed for services by your Applicant for the period June 9, 2005 through May 26, 2006.

_____
Alan D. Lasko


Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois  60603
(312) 332-1302

## CERTIFICATE OF SERVICE

The undersigned attorney states that on January 5, 2007, he caused a copy of the **FIRST AND FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES** to be served on all parties in interest listed on the attached Service List by placing for delivery, via U.S. Mail, postage prepaid and deposited in the mailbox located at 325 N. LaSalle, Chicago, Illinois 60610. A copy of the service list was filed with the Court, but was not served on any of the parties.

By: /s/ *Zane L. Zielinski*
Zane L. Zielinski

{ NOPLACE / 001 / 00009087.DOC /}

## SERVICE LIST
*In re: No Place Like, Inc.;* **Case No. 05-16689**

| | |
|---|---|
| No Place Like, Inc., a Corporation<br>300 West Grand Avenue<br>Chicago, IL 60610-4171 | Horace Fox, JR, Lehman & Fox<br>6 E. Monroe St, Ste 1004<br>Chicago, IL 60603-2721 |
| Affordable Moving Co., Acct#: OPLL<br>5000 W. Bloomingdale<br>Chicago, IL 60639-4545 | Ameico<br>53 Bank St., New Milford<br>CT 06776-2701 |
| Angela Adams<br>273 Congress St.<br>Portland, ME 04101-3647 | Angelia Barber<br>44 W. 65th St. # 3F<br>New York, NY 10023-6620 |
| ArEA, Acct#: LACE<br>180 Varick St.<br>New York, NY 10014-4606 | Arnold P. Weible<br>419 22nd St.<br>Huntington Beach, CA 92648-3302 |

Bags and Bows, Acct#: 4701
Attn: A/R,
500 Main Street
Groton, MA 01471-0004

Beth Sullivan
29 Scotch Dam Rd.
South Easton , MA 02375-1015

Blake Holaday
1530 S State St. #12 D
Chicago, IL 60605-2965

Bonnie & David Heller
415 Dundee Rd.
Glencoe, IL 60022-1581

Carrara, Acct#: 6825
C/O M.T.S. Besane
1039 E. Laguna Dr.
Tempe, AZ 85282-5549

Cassandra Scott & Aaron Ott
8479 Denallen Dr.
Cincinnati, OH 45255-2677

Cherner Chair Co., Acct#: ace
PO BOx 2689
Westport , CT 06880-0689

Chicago Furniture District
C/O Paul Zurowski Sawbridge st
153 W. Ohio St.
Chicago, IL 60610-4285

Chicago Gallery News
730 N Franklin
Chicago, IL 60610-3563

Chicago Magazine, Acct#: 0911
PO Box 803884
Chicago, IL 60680-3884

Damian Velazquez, LLC
3212 Stanford NE
Albuquerque, NM 87107-2016

David Stearn
12 Fourth St.
Toronto , OH 43964

Dell Financial Services, Acct#: 1648
P.O. Box 5292
Carol Stream, IL 60197-5292

Department of Revenue, Acct#: 3393
333 S. State Street
Chicago, IL 60604-3900

Diane Chapas
208 Scarbourgh Ct.
Valparasio, IN 46385-8009

Elizbieata Praczuk, Ayles Eldred Interiors
952 W. Huron St.
Chicago, IL 60622-5914

Furstenberg USA, Acct#: 2148
2787 Margaret Mitchell Dr.
Atlanta, GA 30327-1852

Gayle Mann
825 W. Division
Oak Park, IL 60302-1548

Heather & David Strong
226 N. Clinton #301
Chicago, IL 60661-1198

Heidi Liebler
1112 NE 89th Street
Miami Beach , FL 33138-3481

Hiroko Martin
279 E. 44th St Apt PHD
New York, NY 10017-4336

Isabelle Marchetta
1033 Mayview Dr.
Akron, OH 44313-5809

Iittala Inc., Acct#: 8241
51Haddonfield Rd. Ste 320
Cherry Hill, NJ 08002

Illinois Dept of Revenue, Acct#: 3393
Springfield, IL 62776-0001

Judy Bohardt
7089 Brightwood
Cioncord, OH 44077-2170

Jackie Weine
5880 Teal Lane
Long Grove, IL 60047-8286

Jason Hardgrave
142 Bowery
New York, NY 10013-4200

Jason Ment
105 W. 13th St #7E
New York, NY 10011-7841

Jeff & Vickianne King
6243 W. Flora Pl.
Denver, CO 80227-5446

Jonathan Adler
333 Hudson Street Suite 702
New York, NY 10013-1006

Joyce Greenberg
PO Box 704
Aspen, CO 81612-0704

KILNENAMEL
307 Scholes #101
Brooklyn, NY 11206-1750

Kathy Fletcher
455 Summer St.
Bridgewater , MA 02324-2622

Kathy Molnar Simpson
2675 N. Greenview
Chicago, IL 60614-1183

Lisa Martin & Peter Fletcher
1811 Rose Ct.
Chicago, IL 60187-8413

Lee Pomerance
809 N. Racine
Chicago, IL 60622-4156

Lee Rogers
55 Pleasant Hill
Paletine , IL 60067-6801

Linder Kidder
909 Willow
Ann Arbor , MI 48103-3741

Margareta Isa
393 West 49th St. #6H
New York , NY 10019-7906

Maria Stewart
28103 N. 96th Place
Scottsdale, AZ 85262-8451

Maria Suh
431 S. Dearborn #205
Chicago, IL 60605-1121

Marinha Grande MGlass, Acct#: P001
41 Madison Ave 17th Floor
New York, NY10010-2202

Mego Proska
5192 W. Old Hoghway 91
Pocatello, ID 83204-7300

Mila Brown International
10421 NW 28 St, unit D-110
Miami Beach, FL 33172-2169

Mitchell Channon Design
Attn: Mitchell Channon
5733 N Sheridan rd # 11 D
Chicago, IL 60660-8751

Modern Luxury, Inc.
200 West Hubbard St.
Chicago, IL 60610-4492

Mono Tabletop
2787 Margaret Mitchell Dr. N.W.
Atlanta, GA 30327-1852

Murge Designs
10592 Ayres Ave.
Los Angeles, CA 90064-3343

Nancy And Gary Alan
3 Bloody Brook
Deerfield, MA 01373-1101

Nava
Attn: Alessandro Caprottie
2039 W. Dickens
Chicago, IL 60647-4530

Northwest Publishing, L.L.C.
500 N. Clark, Ste. 200 N
Chicago, IL 60610-4288

NotNeutral
6824 Melrose Ave.
Los Angeles, CA 90038-3304

Periphere
1455 Boulevard Graham Bureau 1
Montreal, QC H3P 3M9

Plycon Van Lines, Acct#: OP30
280 Indian Head Rd.
King Park, NY 11754-4804

River North Association
70 W. Hubbard Suite 405
Chicago, IL 60610-4621

Riverside Design Group
3441 Butler St.
Pittsburg, PA 15201-1312

Robert Deobele
2128 N Leavitt #2
Chicago, IL 60647-3274

Robert Dziubla
4886 Algonquin Ct.
San Diego, CA 92130-2757

Robert Stuart
2023 W. Peirce
Chicago, IL 60622-1947

Rosenthal, Acct#: PLAC
PO Box 15217
Newark, NJ 07192-5217

Sambonet
C/O Rosenthal USA Ltd.
355 Michele Pl.
Carlstadt, NJ 07072-2304

Saritte Har-El
22 Berkley Rd.
Milburn , NJ 07041-2012

Scott & Tara Subeck
1040 N. Wolcott Ave.
Chicago, IL 60622-3759

September Mirghanbari
10082 Cynthia Dr.
Huntington Beach, CA 92646-5439

Sherri De Young
814 N. Ashland
Chicago, IL 60622-5101

Sonya & Mark Grewal
2141 N. Oakley #3
Chicago, IL 60647-3267

Storm Wald
345 Chestnut St. 2nd floor
Stirling , NY 07980-1101

Studio K
2311 K. Thorton Rd.
Austin, TX 78704-4957

Susan Gerber
1411 W. Glenlake
Chicago, IL 60660-1801

Thatcher Oaks Awnings
718 Industrial Dr.
Elmhurst, IL 60126-1526

Tozai Home, Acct#: 1493
30 Warren Pl.
Vernon , NY 10550-4550

Tracey Suppo & David Bleeden
Attn: Tracey Bleeden
1358 N. Western Ave Unit 2W
Chicago, IL 60622-2923

Trio Design Glassware
253 South Kitcher
Kitchener , Ontario N2G 1W4 Canada

Union Street Glass
833 S. 19th
Richmond, CA 94804-3815

Vitra Design Museum
6560 Stonegate Dr.
Allentown, PA 18106-9239

Wayne & Mako Partridge
3520 The Strand
Manhatten Beach, CA 90266-3351

Ying Hsu
1 West Surperior #914
Chicago, IL 60610-8811