# EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved in chronological order.  Major tasks to be summarized in paragraph form.)

- A. Conducted meeting of creditors pursuant to 11 U.S.C. § 341; discovery regarding recovery of assets.
- B. Investigated financial affairs of the debtor.
- C. Investigated Debtor's scheduled assets and inventory.
- D. Hired Auctioneer to assist in the sale of Debtor's inventory and equipment.
- E. Examined and objected to various proofs of claim, including wage claims.
- F. Hired accountant to prepare tax returns.
- G. Prepared required reports.