UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| NO PLACE LIKE INC A CORPORATION ) | Case No. 05-16689-JPC | |
| ) | | |
| Debtor(s). ) | Hon. Jacqueline P. Cox | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U. S Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, IL 60604

    On: **October 22, 2008**          Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                    $28,102.38

    Disbursements                                               $10,819.10

    Net Cash Available for Distribution                         $17,283.28

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Frances Gecker  *Trustee Compensation* | $0.00 | $3,560.02 | $0.00 |

{ NOPLACE / 001 / 00015072.DOC /}

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| FRANK/GECKER LLP *Attorney for Trustee* | $0.00 | $12,226.50 | $146.22 |
| ALAN D. LASKO & ASSOCIATES *Accountant for Trustee* | $1,935.65 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above priority consumer deposit claims will be paid in full, as may be allowed by the Court, priority consumer deposit claims totaling $1,127.99 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100%.

Allowed priority consumer deposit claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | Jason Hardgrave | $212.06 | $212.06 |
| 000007 | Diane Chapas | $500.00 | $500.00 |
| 000008 | Margo Proksa | $33.60 | $33.60 |
| 000009 | Heidi Liebler | $163.13 | $163.13 |
| 000012 | Isabelle Marchetta | $219.20 | $219.20 |

7. In addition to the expenses of administration and priority consumer deposit claims listed above as may be allowed by the Court, priority claims totaling $7,115.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 16.3841%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001B | Illinois Department Of Revenue | $7,115.00 | $222.55 |

8. Claims of general unsecured creditors totaling $247,740.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001A | Illinois Department Of Revenue | $732.00 | $0.00 |
| 000002 | First Data Merchant Services Corporation | $3,801.62 | $0.00 |
| 000003 | Damian Velazquez, LLC | $508.50 | $0.00 |
| 000004 | Marinha Grande Mglass | $881.08 | $0.00 |
| 000006 | Atlantis Properties, Inc. | $219,800.00 | $0.00 |
| 000010 | American Express Travel Related Svc | $7,874.04 | $0.00 |
| 000011 | American Express Bank, FSB | $8,358.94 | $0.00 |
| 000013 | Northwest Publishing, L.L.C. | $2,592.37 | $0.00 |
| 000014 | Murge Designs | $220.00 | $0.00 |
| 000015 | Cherner Chair Co. | $2,972.00 | $0.00 |

9. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

Claim Number    Claimant                                             Amount of Claim    Proposed Payment
n/a

10. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

Claim Number    Claimant                                             Amount of Claim    Proposed Payment
n/a

11. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

12. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

13. Debtor(s) have not been discharged.

14. The following remaining inventory was ordered abandoned by the Court by Order dated October 16, 2007.

| Name of Property | Scheduled Value |
|---|---|
| INVENTORY | $126,329.20 |

15. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| SECURITY DEPOSITS | $5,818.00 |
| ACCOUNTS RECEIVABLE | $3,000.00 |
| OFFICE EQUIPMENT | $7,700.00 |

Dated: **September 19, 2008**        For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
219 S. Dearborn Street, 7th Floor
Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street, Suite 625
Chicago, IL  60654
(312) 276-1401

## **SERVICE LIST**

**NO PLACE LIKE INC.**
**05 B 16689**

Frances Gecker
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60610

Alan D. Lasko
Alan D. Lasko & Associates, P.C.
29 South LaSalle Street, Suite 1240
Chicago, IL  60603

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

05-16689    Doc 43    Filed 09/19/08    Entered 09/21/08 23:49:29    Desc Imaged
                              Certificate of Service    Page 6 of 7

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 2         Date Rcvd: Sep 19, 2008
Case: 05-16689                 Form ID: pdf002          Total Served: 94

The following entities were served by first class mail on Sep 21, 2008.
db          +No Place Like, Inc , a Corporation,    300 West Grand Avenue,    Chicago, IL 60654-7871
aty         +Horace Fox,    Lehman & Fox,    6 E Monroe St,    Ste 1004,    Chicago, IL 60603-2721
aty         +Zane L Zielinski,    Frank/Gecker LLP,    325 N. LaSalle,    Suite 625,    Chicago, IL 60654-6465
tr          +Frances Gecker,    325 North LaSalle Street,    Suite 625,    Chicago, IL 60654-6465
9281654     +Affordable Moving Co.,    Acct#: OPLL,    5000 W. Bloomingdale,    Chicago, IL 60639-4545
9281655      Ameico,    53 Bank St.,    New Milford , CT 06776
9790504      American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
9775389      American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee, LLP,
              P.O. Box 3001,    Malvern, PA 19355-0701
9281656     +Angela Adams,    273 Congress St.,    Portland, ME 04101-3647
9281657     +Angelia Barber,    44 W. 65th St. # 3F,    New York , NY 10023-6620
9281658     +ArEA,    Acct#: LACE,    180 Varick St.,    New York , NY 10014-4606
9281659     +Arnold P. Weible,    419 22nd St,    Huntington Beach, CA 92648-3302
9619901     +Atlantis Properties, Inc.,    Neil P Gantz,    105 W Madison St Ste 901,    Chicago, IL 60602-4664
9281660      Bags and Bows,    Acct#: 4701,    Attn: A/R,    500 Main Street,    Groton , MA 01471-0004
9281661     +Beth Sullivan,    29 Scotch Dam Rd.,    South Easton , MA 02375-1015
9281662     +Blake Holaday,    1530 S State St. #12 D,    Chicago, IL 60605-2965
9281663     +Bonnie & David Heller,    415 Dundee Rd,    Glencoe , IL 60022-1581
9281664     +Carrara,    Acct#: 6825,    C/O M.T.S. Besane,    1039 E. Laguna Dr.,    Tempe, AZ 85282-5549
9281665     +Cassandra Scott & Aaron Ott,    8479 Denallen Dr.,    Cincinnati, OH 45255-2677
9281666     +Cherner Chair Co.,    Acct#: ace,    PO BOx 2689,    Westport , CT 06880-0689
9281667     +Chicago Furniture District,    C/O Paul Zurowski Sawbridge st,    153 W. Ohio St.,
              Chicago, IL 60654-4785
9281668     +Chicago Gallery News,    730 N Franklin,    Chicago, IL 60654-3563
9281669     +Chicago Magazine,    Acct#: 0911,    PO BOx 803884,    Chicago, IL 60680-3884
9281670     +Damian Velazquez, LLC,    3212 Stanford NE,    Albuquerque, NM 87107-2016
9281671     +David Stearn,    12 Fourth St,    TORONTO , OH 43964
9281672     +Dell Financial Services,    Acct#: 1648,    P.O. Box 5292,    Carol Stream, IL 60197-5292
9281673     +Department of Revenue,    Acct#: 3393,    333 S. State Sreet,    Chicago, IL 60604-3900
9281674     +Diane Chapas,    208 Scarbourgh Ct.,    Valparasio, IN 46385-8009
9281675     +Elizbieata Praczuk,    Ayles Eldred Interiors,    952 W. Huron St.,    Chicago, IL 60642-5914
9571935      First Data Merchant Services Corporation,    1304 Walt,    Whitman Rd,    Melville, NY 11747
9281676     +Furstenberg USA,    Acct#: 2148,    2787 Margaret Mitchell Dr.,    Atlanta, GA 30327-1852
9281677     +Gayle Mann,    825 W. Division,    Oak Park, IL 60302-1548
9281678     +Heather & David Strong,    226 N. Clinton #301,    Chicago, IL 60661-1198
10885514    +Heidi Liebler,    304 SW 11th Court,    Fort Lauderdale, FL 33315-1245
9281679     +Heidi Liebler,    1112 NE 89th Street,    Miami Beach , FL 33138-3481
9281680     +Hiroko Martin,    279 E. 44th St Apt PHD,    New York , NY 10017-4336
9406380    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Unit,
              100 W Randolph St #7-400,    Chicago, IL 60601)
9281683     +ISAbelle Marchetta,    1033 Mayview Dr.,    Akron, OH 44313-5809
9281681      Iittala Inc.,    Acct#: 8241,    51Haddonfield Rd. Ste 320,    Cherry Hill , NJ 08002
9281682      Illinois Dept of Revenue,    Acct#: 3393,    Springfield, IL 62776-0001
9281690     +JUDy Bohardt,    7089 Brightwood,    Cioncord , OH 44077-2170
9281684     +Jackie Weine,    5880 Teal Lane,    Long Grove , IL 60047-5067
9281685     +Jason Hardgrave,    14529 Pioneer Hills Drive,    Darnestown, MD 20874-3134
9281686     +Jason Ment,    105 W. 13th St #7E,    New York , NY 10011-7841
9281687     +Jeff & Vickianne King,    6243 W. Flora Pl,    Denver , CO 80227-5446
9281688     +Jonathan Adler,    333 Hudson Street Suite 702,    New York , NY 10013-1031
9281689     +Joyce Greenberg,    PO Box 704,    Aspen, CO 81612-0704
9281693     +KILNENAMEL,    307 Scholes #101,    Brooklyn, NY 11206-1750
9281691     +Kathy Fletcher,    455 Summer St,    Bridgewater , MA 02324-2622
9281692     +Kathy Molnar Simpson,    2675 N. Greenview,    Chicago, IL 60614-1183
9281698      LIsa Martin & Peter Fletcher,    1811 Rose Ct,    Chicago, IL  60187
9281695     +Lee Pomerance,    809 N. Racine,    Chgo, IL 60712
9281696     +Lee Rogers,    55 Pleasant Hill,    Paletine , IL 60067-6801
9281697     +Linder Kidder,    909 Willow,    Ann Arbor , MI 48103-3741
9281699     +Margareta Isa,    393 West 49th St. #6H,    New York , NY 10019-7906
9664754      Margo Proksa,    5192 W Old Highway 91,    Pocatello, ID 83204-7300
9281700     +Maria Stewart,    28103 N. 96th Place,    Scottsdale, AZ 85262-8451
9281701     +Maria Suh,    431 S. Dearborn #205,    Chicago, IL 60605-1121
9281702     +Marinha Grande MGlass,    Acct#: P001,    41 Madison Ave 17th Floor,    New York , NY 10010-2202
9281703     +Mego Proska,    5192 W. Old Hoghway 91,    Pocatello , ID 83204-7300
9281704     +Mila Brown International,    10421 NW 28 St, unit D-110,    Miami Beach , FL 33172-5935
9281705     +Mitchell Channon Design,    Attn: Mitchell Channon,    5733 N Sheridan rd # 11 D,
              Chicago, IL 60660-8751
9281706     +Modern Luxury, Inc.,    200 West Hubbard St,    Chicago, IL 60654-4992
9281707     +Mono Tabletop,    2787 Margaret MItchell Dr. N.W,    Atlanta, GA 30327-1852
9281708     +Murge Designs,    10592 Ayres Ave,    Los Angeles, CA 90064-3343
9281709     +Nacy And Gary Alan,    3 Bloody Brook,    Deerfield , MA 01373-1101
9281710     +Nava,    Att: Alessandro Caprottie,    2039 W. Dickens,    Chicago, IL 60647-4530
9281711     +Northwest Publishing, L.L.C.,    500 N. Clark ste 200 N,    Chicago, IL 60654-7188
9281712     +NotNeutral,    6824 Melrose Ave,    Los Angeles, CA 90038-3304
9281713      Periphere,    1455 Boulevard Graham Bureau 1,    Montreal, QC  H3P 3M9
9281714     +Plycon Van Lines,    Acct#: OP30,    280 Indian Head Rd.,    King Park , NY 11754-4804
9281715     +River North Association,    70 W. Hubbard Suite 405,    Chicago, IL 60654-5621
9281716     +Riverside Design Group,    3441 Butler St,    Pittsburg , PA 15201-1312
9281717     +Robert Deobele,    2128 N Leavitt #2,    Chicago, IL 60647-3274
9281718     +Robert Dziubla,    4886 Algonquin Ct,    San Diego, CA 92130-2757
9281719     +Robert Stuart,    2023 W. Peirce,    Chicago, IL 60622-1947
9281720     +Rosenthal,    Acct#: PLAC,    PO Box 15217,    Newark , NJ 07192-5217
9281721     +Sambonet,    C/O Rosenthal USA Ltd.,    355 Michele Pl,    Carlstadt, NJ 07072-2304
```

```
District/off: 0752-1            User: amcc7                  Page 2 of 2                  Date Rcvd: Sep 19, 2008
Case: 05-16689                  Form ID: pdf002              Total Served: 94

9281722      +Saritte Har-El,    22 Berkley Rd.,    Milburn , NJ 07041-2012
9281723      +Scott & Tara Subeck,    1040 N wolcott Ave,    Chicago, IL 60622-3759
9281724      +September Mirghanbari,    10082 Cynthia Dr,    Huntington Beach, CA 92646-5439
9281725      +Sherri De Young,    814 N Ashland,    Chicago, IL 60622-5101
9281726      +Sonya & Mark Grewal,    2141 N. Oakley #3,    Chicago, IL 60647-3267
9281727      +Storm Wald,    345 Chestnut St. 2nd floor,    Stirling , NY 07980-1101
9281728      +Studio K,    2311 K. Thorton Rd,    Austin, TX 78704-4957
9281729      +Susan Gerber,    1411 W. Glenlake,    Chicago, IL 60660-1801
9281730      +Thatcher Oaks Awings,    718 Industrial Dr.,    Elmhurst, IL 60126-1526
9281731      +Tozai Home,    Acct#: 1493,    30 Warren PL,    Vernon  , NY 10550-4550
9281732      +Tracey Suppo & David Bleeden,    Attn: Tracey Bleeden,    1358 N. Western Ave Unit 2W,
               Chicago, IL 60622-1193
9281733       Trio Design Glassware,    253 South Kitcher,    Kitchener , Ont N2G 1W4 Canada
9281734      +Union Street Glass,    833 S. 19th,    Richmond, CA 94804-3815
9281735      +Vitra Design Museum,    6560 Stonegate Dr,    Allentown, PA 18106-9239
9281736      +Wayne & Mako Partridge,    3520 The Strand,    Manhatten Beach, CA 90266-3351
9281737      +Ying Hsu,    1 West Surperior #914,    Chicago, IL 60654-8811

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9281694       Laleh Haghshenass
                                                                                                   TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 21, 2008**                          **Signature:** _Joseph Speetjens_